## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Tommy Hornbeck
                         Plaintiff,

v.                                                       Case No.: 1:23−cv−02680
                                                          Honorable Nancy L. Maldonado

BG Medical, LLC, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Motion for Approval of Consolidated Case Schedule in the Paynter case [149] is granted. The Court adopts the proposed deadlines in all three related cases (22−cv−5160, 22−cv−5509 (Keel), and 23−cv−2680(Hornbeck)): 1) Deadline to issue subpoenas to out−of−state providers and Touhy requests of 7/1/24; 2) ESI production by Defendants BG Medical and Chamberlain Technologies by 9/6/24; 3) ESI production by Defendant Medical Murray within 45 days of the Court's ruling on any contested ESI matters; 4) fact discovery deadline of 12/20/24. A global status hearing for all three cases is set for 7/30/24 at 10:45 a.m. The parties shall dial 1−650−479−3207 and enter access code 97829499; entering an attendee code is not required. The 6/6/24 status conference in the Paynter matter only remains set. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.